UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FANEUIL HALL MARKETPLACE, LLC,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| **THOMAS E. BROWN and** | ) |
| **STEPHANIE L. BROWN,** | ) |
| **Defendants** | ) |

### NOTICE OF SPECIAL APPEARANCE

The undersigned hereby enters his special appearance on behalf of Stephanie Brown, a Defendant in the above-captioned matter.

"The Defendant reserves the right to contest the jurisdiction of this Court over her."

The undersigned hereby requests that he be put on the Service List.

                                          Respectfully submitted,
                                          STEPHANIE BROWN

                                          By Her Attorneys,
                                          FORD, WEAVER & McDONALD, P.A.

Dated:  August 26, 2005                 By: */s/ Edmond J. Ford*
                                                         Edmond J. Ford, Esquire (BBO 646710)
                                                          10 Pleasant Street, Suite 400
                                                          Portsmouth, New Hampshire 03801
                                                          (603) 433-2002 Telephone
                                                          (603) 433-2122 Facsimile
                                                          eford@fordandweaver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2005 a copy of the foregoing Notice of Special Appearance and Request for All Notices has been forwarded electronically and/or via United States Mail, postage prepaid, to the following parties:

Anthony M. Moccia  
ECKERT SEAMANS CHERIN &  
MELLOT, LLC  
1 International Place  
Boston, MA 02110

Thomas Brown  
30 Myrica Avenue  
Rye NH 03870

                                                  */s/ Edmond J. Ford*  
                                                  Edmond J. Ford

F:\WPDATA\Ed\2410-001\MA pleadings\appearance.wpd