UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FANEUIL HALL MARKETPLACE, LLC,** | ) |
| | ) |
|        **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THOMAS E. BROWN and** | ) |
| **STEPHANIE L. BROWN,** | ) |
|        **Defendants** | ) |

## JURY TRIAL DEMAND

*NOW COMES* Stephanie Brown, by her attorneys Ford, Weaver & McDonald, P.A., pursuant to Mass.R.Civ.P. 38 and demands a trial by jury of any and all issues triable of right by a jury.

                                                                 Respectfully submitted,
                                                                 STEPHANIE BROWN

                                                                 By Her Attorneys,
                                                                 FORD, WEAVER & McDONALD, P.A.

Dated: August 26, 2005                     By: */s/ Edmond J. Ford*
                                                                Edmond J. Ford, Esquire (BBO 646710)
                                                                 10 Pleasant Street, Suite 400
                                                                Portsmouth, New Hampshire 03801
                                                                (603) 433-2002 Telephone
                                                                (603) 433-2122 Facsimile
                                                                eford@fordandweaver.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 26, 2005 a copy of the foregoing Jury Trial Demand has been forwarded electronically and/or via United States Mail, postage prepaid, to the following parties:

| | |
|---|---|
| Anthony M. Moccia<br>ECKERT SEAMANS CHERIN &<br>MELLOT, LLC<br>1 International Place<br>Boston MA 02110 | Thomas Brown<br>30 Myrica Avenue<br>Rye, NH 03870 |

By:  */s/ Edmond J. Ford*
     Edmond J. Ford, Esquire

F:\WPDATA\Ed\2410-001\MA pleadings\demand jury trial.wpd