UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FANEUIL HALL MARKETPLACE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-11760-RGS |
| ) | |
| THOMAS E. BROWN and, ) | |
| STEPHANIE L. BROWN, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND TIME FOR
FILING OPPOSITION TO MOTION TO DISMISS**

NOW COME the Plaintiff, Faneuil Hall Marketplace, LLC and the Defendant, Stephanie L. Brown, and hereby jointly move to extend the time within which the Plaintiff must file its Opposition to the Motion to Dismiss filed by the Defendant Stephanie L. Brown to October 13, 2005.

In support of this Motion, the parties submit that they are engaged in discussions in an effort to resolve this dispute.

FANEUIL HALL MARKETPLACE, LLC,

By its attorney,

*[signature]*

Anthony M. Moccia, BBO #350225
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
One International Place
Boston, Massachusetts 02110
617.342.6800
Facsimile: 617.342.6899

{K0309559.1}

STEPHANIE L. BROWN,

By her attorney,

---

Edmond J. Ford, BBO #646710
**FORD, WEAVER & MCDONALD, P.A.**
10 Pleasant Street
Suite 400
Portsmouth, NH  03801-3456
603.433.2002
Facsimile: 603.433.2122

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 9.6.05

{K0309559.1}